CUMMINGS v. CUMMINGS and Others.

No. 11,881; March 16, 1887.

13 Pac. 322.

**Appeal—Undertaking—Stay of Execution.—**Upon taking the appeal, the filing of the undertaking, for three hundred dollars, required by section 941, Code of Civil Procedure of California, had the effect of staying execution of the judgment as to appellant. Motion to stay execution granted.

Motion to stay execution pending appeal.

The ''undertaking'' referred to was one for three hundred dollars, under section 941, Code of Civil Procedure.

A. S. Kittredge for appellants; Thos. H. Laine and Goldsby & Jeter for respondent.

By the COURT.—In this cause the appellant Ketchum, on taking an appeal, filed the undertaking on appeal required by law. This had the effect of staying the execution of the judgment as to him, in all respects, pending the appeal.

The following order is directed to be entered: On motion of appellant Ketchum, it is hereby ordered that the execution of the judgment herein, as to him, be, and is hereby, in all respects stayed pending the appeal.